Before STATE INDUSTRIAL BOARD, Respondent. EDWARD KAISER, Respondent,

v. SIGMUND GROSS and Another, Appellants.— Award reversed and matter remitted, with costs against the State Industrial Board to abide the event, on the ground that there is no proof that the accidental injury arose out of and in the course of the employment. All concur.